IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SEAN SCHNEIDER and
GARY ZIELKE                                                                                    PLAINTIFFS

vs.                                            Case No. 5:14-CV-5230 TLB

HABITAT FOR HUMANITY INTERNATIONAL, INC., and
HABITAT FOR HUMANITY OF BENTON COUNTY, INC.                      DEFENDANTS

**JOINT MOTION TO REVIEW FLSA SETTLEMENT *IN CAMERA*, IF NECESSARY, APPROVE SETTLEMENT, AND DISMISS WITH PREJUDICE**

Defendants Habitat for Humanity International, Inc. and Habitat for Humanity of Benton County, Inc. (collectively "Defendants") and Plaintiffs Sean Schneider and Gary Zielke (collectively "Plaintiffs") file this Joint Motion to Review FLSA Settlement *In Camera*, if necessary, Approve Settlement, and Dismiss with Prejudice.  In support of this Motion, the Parties rely upon their contemporaneously filed supporting brief, which is incorporated herein by reference.

The Parties respectfully request that the Court:  (1)  review the settlement agreed to by and between Defendants and Plaintiffs *in camera*, if it determines that a review of the Agreements are necessary; (2) approve the proposed settlement; and (3) enter an Order dismissing this matter with prejudice.  Alternatively, if the Court determines that the Agreements should be filed of record, the Parties request that the Court issue an Order allowing the Agreements to be filed under seal, and further request that if the Court decides to unseal the terms of the settlement, that the Court provide adequate notice of its decision so that the Parties can decide if making the details public means there is no settlement and the case should therefore stay on the docket for adjudication. The Parties respectfully await further instruction from this

Court advising whether the Court requires a review of the Agreements prior to dismissal, and if so, which method it prefers for submission of the Agreements.

                                s/ Eva C. Madison
                                Eva C. Madison (98183)
                                Kim Flanery Coats (96267)
                                Littler Mendelson, P.C.
                                217 E. Dickson St., Suite 204
                                Fayetteville, AR  72701
                                Telephone:  479.582.6100
                                Fax:  479.582.6111
                                emadison@littler.com
                                kcoats@littler.com

                                Attorneys for Defendants

                                /s/ Josh Sanford (*with permission*)
                                Josh Sanford (2001037)
                                Anna Stiritz (92052)
                                Sanford Law Firm, PLLC
                                One Financial Center
                                650 S. Shackleford, Suite 400
                                Little Rock, AR  72211
                                Telephone:  501.221.0088
                                Fax:  888.787.2040
                                josh@sanfordlawfirm.com
                                anna@sanfordlawfirm.com


## CERTIFICATE OF SERVICE

     I hereby certify that on January 9, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    Josh Sanford – josh@sanfordlawfirm.com
    Anna Stiritz – anna@sanfordlawfirm.com
    Sanford Law Firm, PLLC
    One Financial Center
    650 S. Shackleford, Suite 400
    Little Rock, AR  72211


                                /s/ Eva C. Madison